**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7344**

---

DAVID W. ANDERSON,

                                        Plaintiff - Appellant,

          versus

MS. HALE, Assistant Superintendent, Appala-
chian Correctional Unit; VIRGINIA DEPARTMENT
OF CORRECTIONS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-97-501-R)

---

Submitted:  February 26, 1998        Decided:  March 18, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David W. Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Anderson v. Hale, No. CA-97-501-R (W.D. Va. Sept. 17, 1997). We deny Appellant's motions for the preparation of transcripts at Government's expense, to appoint counsel, and to file a formal brief. We grant Appellant's motion to proceed without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2